# Exhibit 1

**From:**          Michael Mulvaney
**Sent:**          Mon, 7 Jun 2021 20:27:36 +0000
**To:**            'serve@invictussec.com'
**Cc:**            Joseph Dunne
**Subject:**       Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026
**Attachments:**   Entity Information.pdf, Markos v. Ipad Rehab.pdf, DE 0002. Summons Issued as
to iPad Rehab LLC. (2021.06.07).pdf


Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the
complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND
corporate filing, we would like to attempt service first at the company location. Per our search, it
appears to remain open and active. Should it not be, please then proceed onto service through the DOS
process.

Any LLC member or manager
iPad Rehab Microsoldering
4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

**From:**      Serve
**Sent:**      Tue, 08 Jun 2021 10:47:15 -0400
**To:**        Michael Mulvaney
**Subject:**   Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400
michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager

iPad Rehab Microsoldering

4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**

Paralegal

21301 Powerline Road

Suite 100

Boca Raton, FL  33433

Direct: 561.437.4550

Office:  561.404.4350

Email:  michael.mulvaney@sriplaw.com

https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDJgQ?u=http://www.sriplaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**From:**        Michael Mulvaney
**Sent:**        Tue, 8 Jun 2021 14:53:57 +0000
**To:**          'Serve'
**Subject:**     RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026

Good morning,

Why would you aim for personal service over routine? How are you distinguishing the two in this
context?



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

---

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:47 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a
personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400
michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

 Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager
iPad Rehab Microsoldering
4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDJgQ?u=http://www.sriplaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**From:**            Serve
**Sent:**            Tue, 08 Jun 2021 10:58:30 -0400
**To:**             Michael Mulvaney
**Subject:**       RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026

Typically a routine service for a business would allow us to serve it to any employee of the business whereas a personal service must be delivered to a specific person. We are only aware of one member on that particular LLC. The higher price is only because it includes three attempts and another three attempts at the DOS process agents location if need be. If it is a multi member LLC and we are incorrect then we can run it as a routine service because it is more likely that there will be at least one member of the LLC present at the place of business.

---- On Tue, 08 Jun 2021 10:53:58 -0400 Michael Mulvaney<michael.mulvaney@sriplaw.com> wrote ----

Good morning,

Why would you aim for personal service over routine? How are you distinguishing the two in this context?



**Michael R. Mulvaney**

Paralegal

21301 Powerline Road

Suite 100

Boca Raton, FL  33433

Direct: 561.437.4550

Office:  561.404.4350

Email: michael.mulvaney@sriplaw.com

https://link.edgepilot.com/s/48ba1aa4/iq8xKagyc0aEnQ0Q4MR-pQ?u=http://www.sriplaw.com/

---

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:47 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC
Case No.: 6:21-cv-06430 Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400
michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager

iPad Rehab Microsoldering

4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**

Paralegal

21301 Powerline Road

Suite 100

Boca Raton, FL  33433

Direct: 561.437.4550

Office:  561.404.4350

Email:  michael.mulvaney@sriplaw.com

https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDJgQ?u=http://www.sripl
aw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**From:**               Michael Mulvaney
**Sent:**               Tue, 8 Jun 2021 19:31:17 +0000
**To:**                'Serve'
**Cc:**                Joseph Dunne
**Subject:**        RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026

Understood. If that is the case, then please proceed according to your quote given earlier for personal service.

Should you find out that this company is a multi-member LLC, please let us know if the rate will drop to match routine service or remain at the rate for personal service.

If you end up needing to resort to the DOS process after exhausting all your regular attempts, that's fine.

That said, a cursory review of the website APPEARS to reval a one "Jessa Jones" as the founding owner of the company. If she is an you can render service on her, more power to you.

https://i.imgur.com/yLaakkq.png





**Michael R. Mulvaney**

Paralegal

21301 Powerline Road

Suite 100

Boca Raton, FL  33433

Direct: 561.437.4550

Office:  561.404.4350

Email:  michael.mulvaney@sriplaw.com

www.sriplaw.com

---

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:59 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Typically a routine service for a business would allow us to serve it to any employee of the business whereas a personal service must be delivered to a specific person. We are only aware of one member on that particular LLC. The higher price is only because it includes three attempts and another three attempts at the DOS process agents location if need be. If it is a multi member LLC and we are incorrect then we can run it as a routine service because it is more likely that there will be at least one member of the LLC present at the place of business.

---- On Tue, 08 Jun 2021 10:53:58 -0400 Michael Mulvaney<michael.mulvaney@sriplaw.com> wrote ----

Good morning,

Why would you aim for personal service over routine? How are you distinguishing the two in this context?



**Michael R. Mulvaney**

Paralegal

21301 Powerline Road

Suite 100

Boca Raton, FL  33433

Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/48ba1aa4/iq8xKagyc0aEnQ0Q4MR-pQ?u=http://www.sriplaw.com/

---

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:47 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC
Case No.: 6:21-cv-06430 Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400
michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager
iPad Rehab Microsoldering
4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433

Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDIgQ?u=http://www.sriplaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**From:**      Michael Mulvaney
**Sent:**      Fri, 25 Jun 2021 18:56:49 +0000
**To:**      'Serve'
**Cc:**      Joseph Dunne; Jamie Christine James
**Subject:**      RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430 Our File: 00520-0026

Good afternoon,

Just kindly following up on this matter.

Have you had any success in rendering service upon the defendant in this matter?



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

---

**From:** Michael Mulvaney
**Sent:** Tuesday, June 8, 2021 3:31 PM
**To:** 'Serve' <serve@invictussec.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430 Our File: 00520-0026

Understood. If that is the case, then please proceed according to your quote given earlier for personal service.

Should you find out that this company is a multi-member LLC, please let us know if the rate will drop to match routine service or remain at the rate for personal service.

If you end up needing to resort to the DOS process after exhausting all your regular attempts, that's fine.

That said, a cursory review of the website APPEARS to reval a one "Jessa Jones" as the founding owner of the company. If she is an you can render service on her, more power to you.

https://i.imgur.com/yLaakkq.png





**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:59 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>

**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Typically a routine service for a business would allow us to serve it to any employee of the business whereas a personal service must be delivered to a specific person. We are only aware of one member on that particular LLC. The higher price is only because it includes three attempts and another three attempts at the DOS process agents location if need be. If it is a multi member LLC and we are incorrect then we can run it as a routine service because it is more likely that there will be at least one member of the LLC present at the place of business.

---- On Tue, 08 Jun 2021 10:53:58 -0400 Michael Mulvaney<michael.mulvaney@sriplaw.com> wrote ----

Good morning,

Why would you aim for personal service over routine? How are you distinguishing the two in this context?



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct:  561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/48ba1aa4/iq8xKagyc0aEnQ0Q4MR-pQ?u=http://www.sriplaw.com/

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:47 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430 Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400
michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager
iPad Rehab Microsoldering
4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDJgQ?u=http://www.sriplaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**From:** Jamie Christine James
**Sent:** Fri, 16 Jul 2021 21:30:21 +0000
**To:** Serve
**Cc:** Joseph Dunne
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026

Good afternoon,

My name is Jamie and have been reassigned to this matter.  Have you been
able to serve iPad Rehab yet?

Warm regards,

Jamie



**Jamie Christine James**
Senior Litigation Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.990.3534
Office:  561.404.4350
Email:  jamie.james@sriplaw.com
www.sriplaw.com

---

**From:** Michael Mulvaney
**Sent:** Friday, June 25, 2021 12:57 PM
**To:** 'Serve' <serve@invictussec.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>; Jamie Christine James <jamie.james@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Good afternoon,

Just kindly following up on this matter.

Have you had any success in rendering service upon the defendant in this matter?



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

---

**From:** Michael Mulvaney
**Sent:** Tuesday, June 8, 2021 3:31 PM
**To:** 'Serve' <serve@invictussec.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Understood. If that is the case, then please proceed according to your quote given earlier for personal service.

Should you find out that this company is a multi-member LLC, please let us know if the rate will drop to match routine service or remain at the rate for personal service.

If you end up needing to resort to the DOS process after exhausting all your regular attempts, that's fine.

That said, a cursory review of the website APPEARS to reval a one "Jessa Jones" as the founding owner of the company. If she is an you can render service on her, more power to you.

https://i.imgur.com/yLaakkq.png





**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

---

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:59 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Typically a routine service for a business would allow us to serve it to any employee of the business whereas a personal service must be delivered to a specific person. We are only aware of one member on that particular LLC. The higher price is only because it includes three attempts and another three attempts at the DOS process agents location if need be. If

it is a multi member LLC and we are incorrect then we can run it as a routine service because it is more likely that there will be at least one member of the LLC present at the place of business.

---- On Tue, 08 Jun 2021 10:53:58 -0400 Michael Mulvaney<michael.mulvaney@sriplaw.com> wrote ----

Good morning,

Why would you aim for personal service over routine? How are you distinguishing the two in this context?



**Michael R. Mulvaney**

Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/48ba1aa4/iq8xKagyc0aEnQ0Q4MR-pQ?u=http://www.sriplaw.com/

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:47 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430 Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400
michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager
iPad Rehab Microsoldering
4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDJgQ?u=http://www.sriplaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

**From:**       Jamie Christine James
**Sent:**       Thu, 12 Aug 2021 18:30:54 +0000
**To:**         'Serve'
**Cc:**         Joseph Dunne
**Subject:**    RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.:
6:21-cv-06430 Our File: 00520-0026

Good afternoon,

I left a voicemail today with your office regarding the status of service on this matter.  We have had no response from your office since Michael Mulvaney sent the documents to be served on June 8, 2021.

If I do not receive a response via email or phone call by close of business today, I will assume that you have not processed our request and will send it to another process server for service.

I look forward to your response.

Warm regards,

Jamie



**Jamie Christine James**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.990.3534 – Direct
561.400.5907 - Cell
561.404.4350 – MAIN OFFICE
Email:  jamie.james@sriplaw.com
www.sriplaw.com

**From:** Jamie Christine James
**Sent:** Friday, July 16, 2021 3:30 PM
**To:** Serve <serve@invictussec.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>

**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Good afternoon,

My name is Jamie and have been reassigned to this matter. Have you been able to serve iPad Rehab yet?

Warm regards,

Jamie



**Jamie Christine James**
Senior Litigation Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.990.3534
Office:  561.404.4350
Email:  jamie.james@sriplaw.com
www.sriplaw.com

---

**From:** Michael Mulvaney
**Sent:** Friday, June 25, 2021 12:57 PM
**To:** 'Serve' <serve@invictussec.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>; Jamie Christine James <jamie.james@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Good afternoon,

Just kindly following up on this matter.

Have you had any success in rendering service upon the defendant in this matter?



**Michael R. Mulvaney**
Paralegal

21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
www.sriplaw.com

---

**From:** Michael Mulvaney
**Sent:** Tuesday, June 8, 2021 3:31 PM
**To:** 'Serve' <serve@invictussec.com>
**Cc:** Joseph Dunne <joseph.dunne@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Understood. If that is the case, then please proceed according to your quote given earlier for personal service.

Should you find out that this company is a multi-member LLC, please let us know if the rate will drop to match routine service or remain at the rate for personal service.

If you end up needing to resort to the DOS process after exhausting all your regular attempts, that's fine.

That said, a cursory review of the website APPEARS to reval a one "Jessa Jones" as the founding owner of the company. If she is an you can render service on her, more power to you.

https://i.imgur.com/yLaakkq.png





**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
Direct: 561.437.4550
Office: 561.404.4350
Email: michael.mulvaney@sriplaw.com
www.sriplaw.com

---

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:59 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** RE: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430
Our File: 00520-0026

Typically a routine service for a business would allow us to serve it to any employee of the business whereas a personal service must be delivered to a specific person. We are only aware of one member on that particular LLC. The higher price is only because it includes three attempts and another three attempts at the DOS process agents location if need be. If

it is a multi member LLC and we are incorrect then we can run it as a routine service because it is more likely that there will be at least one member of the LLC present at the place of business.

---- On Tue, 08 Jun 2021 10:53:58 -0400 Michael Mulvaney<michael.mulvaney@sriplaw.com> wrote ----

Good morning,

Why would you aim for personal service over routine? How are you distinguishing the two in this context?



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/48ba1aa4/iq8xKagyc0aEnQ0Q4MR-pQ?u=http://www.sriplaw.com/

**From:** Serve <serve@invictussec.com>
**Sent:** Tuesday, June 8, 2021 10:47 AM
**To:** Michael Mulvaney <michael.mulvaney@sriplaw.com>
**Subject:** Re: Request for Service of Process - Steven Markos v. iPad Rehab, LLC Case No.: 6:21-cv-06430 Our File: 00520-0026

This can be put on the docket for a first attempt today, it is a $70 charge since it is a personal service rather than routine. Is this price agreeable?

---- On Mon, 07 Jun 2021 16:27:41 -0400 michael.mulvaney@sriplaw.com<michael.mulvaney@sriplaw.com> wrote ----

Good afternoon Luke,

Our office needs help rendering routine service against the defendant in this case. Attached are the complaint, supporting exhibits, issued summons, and NY entity information (for reference).

Before you attempt to render service **through the NY DOS Process** as listed on both the summons AND corporate filing, we would like to attempt service first at the company location. Per our search, it appears to remain open and active. Should it not be, please then proceed onto service through the DOS process.

Any LLC member or manager
iPad Rehab Microsoldering
4 N Main St, Honeoye Falls, NY 14472

Please review and let us know if you have any questions.



**Michael R. Mulvaney**
Paralegal
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
Direct: 561.437.4550
Office:  561.404.4350
Email:  michael.mulvaney@sriplaw.com
https://link.edgepilot.com/s/8c185028/281zvHwIa0Wx6s2AiwDJgQ?u=http://www.sriplaw.com/

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.

Links contained in this email have been replaced. If you click on a link in the email above, the link will be analyzed for known threats. If a known threat is found, you will not be able to proceed to the destination. If suspicious content is detected, you will see a warning.