IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NEW YORK

| STEVEN LAMONT MARKOS | Hearing Date: |
|---|---|
| Plaintiff/Petitioner | INDEX NO: **6:21-CV-06430-CJS** |
| vs. | Index Date: **06/04/2021** |
| **IPAD REHAB LLC** | AFFIDAVIT OF SERVICE OF: |
| Defendant/Respondent | CHECK FOR $40.00; SUMMONS; COMPLAINT |

Received by **John Habermehl**, on the **26th day of September, 2021 at 8:52 PM** to be served upon **iPad Rehab, LLC c/o New York Secretary of State, REGISTERED AGENT** at **1 Commerce Plaza, Albany, Albany County, NY 12210**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **27th day of September, 2021 at 2:05 PM** at the address of **1 Commerce Plaza, Albany, Albany County, NY 12210**, this affiant served the above described documents upon **iPad Rehab, LLC c/o New York Secretary of State, REGISTERED AGENT** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**New York Secretary of State, REGISTERED AGENT, I delivered the documents to New York Secretary of State, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'4"-5'6" tall and weighing 140-160 lbs with glasses.**

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on ___9/28___, 20_21_.

_[signature]_
John Habermehl, NY
ABC Legal Services, Inc.
DCA Lic. #1380619 Exp. 02/28/22
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF _Columbia_
SWORN TO AND SUBSCRIBED BEFORE ME THIS _28th_ OF _Sep_ 20_21_ BY _John Habermehl_ (AFFIANT NAME)

_[signature]_
SIGNATURE OF NOTARY PUBLIC

_James Farrell_
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION _✓_
TYPE OF IDENTIFICATION PRODUCED _NYS DL_

JAMES D FARRELL
Notary Public, State of New York
Reg. No. 01FA6411867
Qualified in Albany County
Commission Expires December 7, 2024