**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**
**ROCHESTER DIVISION**

STEVEN LAMONT MARKOS,

      Plaintiff,

v.

                        **CASE NO.: 6:21-cv-06430**

IPAD REHAB, LLC,

      Defendant.

## ENTRY OF DEFAULT

It appearing that Defendant IPAD REHAB, LLC is in Default for failure to appear or otherwise defend as required by law. Default is hereby entered as against said Defendant on this day of _____.

_____
Clerk of Court
United States District Court

By:_____
Deputy Clerk